UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA )
)
vs. ) CASE NO. 3:19-CR-64-2
) REEVES/GUYTON
LUCKY J. CLARK, et al. )

# ORDER

On October 23, 2019, the Honorable H. Bruce Guyton, United States Magistrate Judge, filed a Report and Recommendation [R. 45], in which he recommended that defendant's motion to suppress evidence recovered during the stop and search of Clark's vehicle on February 27, 2019, be denied.

There being no timely objections filed by the parties, *see* 28 U.S.C. § 636(b)(1), and the court being in complete agreement with the magistrate judge, the Report and Recommendation is hereby **ACCEPTED IN WHOLE** whereby defendant's motion to suppress evidence [R. 25] is **DENIED.**

Enter:

_____
**CHIEF UNITED STATES DISTRICT JUDGE**