UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CASE NO. 3:19-CR-64 |
| | ) | 3:20-CR-14 |
| LUCKY J. CLARK | ) | |

## ORDER

On July 1, 2020, the Honorable H. Bruce Guyton, United States Magistrate Judge, filed a Report and Recommendation [Doc. 76],[1] in which he recommended that defendant's motion for release from custody on conditions of release pending sentencing be granted.

Both the defendant and the government filed notices of no objections to the Report and Recommendation. The undersigned has reviewed the record and is in complete agreement with the Magistrate Judge's recommendation. The Report and Recommendation is hereby **ACCEPTED IN WHOLE** whereby defendant's motion for release from custody on conditions of release pending sentencing [Doc. 68, 69] is **GRANTED.**

The Magistrate Judge will schedule a hearing to address the conditions of defendant's release pending sentencing.

Enter:

_____
**CHIEF UNITED STATES DISTRICT JUDGE**

---

[1] Unless otherwise indicated, citations to the record refer to the docket entries in Case No. 3:19-CR-64.